## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE: )
   **WILLIE FRANKLIN SCOTT, JR.** )    **CASE NUMBER: 08-25819-EEB**
   **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** )
   **LAKISHA EANES SCOTT** )
   **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** )
            Debtors  )    **CHAPTER 7**

### NOTICE OF CONTINUED §341 FIRST MEETING OF CREDITORS

The §341 First Meeting of Creditors in the above-referenced case is hereby continued from November 3, 2008 at 10:30 a.m. at the Federal Bldg. & Courthouse, Colorado Springs, CO. to:

January 27, 2009 at 11:30 AM, at the Federal Bldg. & Courthouse, 212 North Wahsatch Ave., Courtroom 101, Colorado Springs, CO.

Deadline to Object to Exemptions is continued to thirty (30) days after the *conclusion* of the Meeting of Creditors.

Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts is continued to March 27, 2009.

It is necessary to reschedule the § 341 First Meeting of Creditors for the following reasons:

a. Debtor-Husband is a member of the US Army and was deployed to Iraq on the original date set for the §341 Meeting of Creditors.
b. Debtor-Husband will return to Colorado Springs, CO. by January 25, 2009.
c. The Standing Chapter 7 Trustee, Mr. Simon Rodriguez, has availability on his docket in Colorado Springs, CO for January 27, 2009.
d. It is in the best interest of the Debtor and all parties to not further delay the § 341 Meeting of Creditors.

DATED:1/16/2009

        \s\ Adam J. Bowers
        Adam J. Bowers
        405 South Cascade  Ste. 304
        Colorado Springs, CO  80903
        719-633-4541
        719-633-9959 - Fax